UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLEATOUS JOSEPH SIMMONS and RHONDA J. SIMMONS,**

    **Plaintiffs,**

v.                                              Case No: 6:16-cv-1909-Orl-41KRS

**THE CITY OF ORLANDO, JEFFREY BACKHAUS, DANIEL BRADY, CARTER GOWEN, CHERI SAEZ, WESLEY WHITED, REMY RANDALL and CHARLES KERRY HOLMES,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Objection to Taxation of Costs (Doc. 80). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation ("R&R," Doc. 85), in which she recommends sustaining in part and denying in part Plaintiffs' objections to Defendants' proposed Bill of Costs (Doc. 79) and awarding Defendants $3,396.96 in costs. (Doc. 85 at 10).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 85) is **ADOPTED** and **CONFIRMED** and is made a part of this Order.

2. Plaintiffs' Objection to Taxation of Costs (Doc. 80) is **SUSTAINED in part** and **OVERRULED in part**. Plaintiff's Objection is sustained to the extent that

Defendants seek: (1) $239.80 in "[f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case"; (2) $220.00 in "[f]ees for service of summons and subpoena"; and (3) $450.65 for "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case."

3. Plaintiff's Objection is **OVERRULED** in all other respects.
4. Defendants are awarded costs in the amount of $3,396.96.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record